**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pirelli Armstrong Tire Corporation Medical Benefits Trust, | NO. C 01-20375 JW |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING LAWSUIT** |
| Robert Puette, et al., | |
| Defendant(s). | |

On March 21, 2005, this Court filed an Order to Show Cause Re: Dismissal. (See Order to Show Cause, hereinafter "OSC," Docket Item No. 33.) In its OSC, this Court noted that this lawsuit has been inactive for over three years. This Court ordered Plaintiffs to file a Response to its OSC on or before March 31, 2005 and scheduled a hearing regarding its OSC for today, April 11, 2005 at 9:00 a.m. (OSC at 1:17-19.) This Court warned Plaintiff's that "[f]ailure to comply with any aspect of [its] [OSC] will be deemed sufficient grounds to dismiss for lack of prosecution pursuant to Rule 41, Fed.R.Civ.P." (OSC at 1:20-21.) Plaintiffs failed to file a Response to this Court's OSC and failed to appear at this morning's hearing. Accordingly, it dismisses this lawsuit pursuant to FED. R. CIV. P. 41(b). See WILLIAM W. SCHWARZER, A. WALLACE TASHIMA & JAMES M. WAGSTAFFE, FEDERAL CIVIL PROCEDURE BEFORE TRIAL § 16:431 (2004) ("Although Rule 41 nominally requires a motion by defendant, the court possesses inherent power to dismiss sua sponte, without notice or hearing, 'to achieve the orderly and expeditious disposition of cases'") (citing, inter alia, Link v. Wabash R.R.

1  Co., 370 U.S. 626, 630-32 (1962)).

2  Dated: April 11, 2005      /s/James Ware
                                            JAMES WARE
3  01cv20375dism                 United States District Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Darren J. Robbins e_file_sd@lerachlaw.com
Douglas S. Johnston djohnston@barrettjohnston.com
3  George E. Barrett gbarrett@barrettjohnston.com
James G. Stranch jgs@branstetterlaw.com
4  Kevin P. Muck kmuck@fenwick.com
Michael R.R. Reese mreese@milbergweiss.com
5  Spencer A. Burkholz SpenceB@lerachlaw.com
William S. Lerach billl@lerachlaw.com
6
**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**
7
James E. Miller
8  Scott & Scott LLC
108 Norwich Avenue
9  Colchester, CT  06415

10  **Dated:  April 11, 2005**                                    **Richard W. Wieking, Clerk**

11
                                                                **By:/s/JWchambers**
12                                                                     **Ronald L. Davis**
                                                                       **Courtroom Deputy**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28